■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v PHILLIP WASHINGTON, Appellant. [22 NYS3d 849]—Judgment, Supreme Court, Bronx County (Ann M. Donnelly, J.), rendered February 10, 2011, convicting defendant, after a jury trial, of criminal sale of a firearm in the third degree and criminal sale of marihuana in the first degree, and sentencing him, as a second felony offender, to an aggregate term of 13 years, unanimously affirmed.

The verdict was not against the weight of the evidence (*see People v Danielson*, 9 NY3d 342 [2007]). There is no basis for disturbing the jury's credibility determinations. Any inconsistencies in the undercover officer's testimony were minor and did not detract from his clear account of the events, which was corroborated by other evidence.

We perceive no basis for reducing the sentence.

We have considered and rejected defendant's pro se claims. Concur—Mazzarelli, J.P., Acosta, Andrias and Moskowitz, JJ.